ERNST WIESENBERG, Respondent, v. HENRY KOSTER, Also Known as HARRY KOSTER, Also Known as HERMAN KOSTER, Also Known as HERMAN KOSTERLITZ, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [167 Misc. 852.]

ALBERT JARECKY, Appellant, v. ATLANTIC CORPORATION, LIMITED, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the CONCORD CASUALTY AND SURETY COMPANY. Claimants: MARGARET V. WHALEN, JEREMIAH BURKE, LUCILLE MURPHY and JAMES WHALEN, Claim Nos. CCT 89–89–90 and 109, Claimants-Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion to confirm report of referee granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [163 Misc. 108.]

JAMES VOLPI and CHARLES MALLIA, Respondents, v. WATERMAN STEAMSHIP CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MABEL SCHLEGEL, Plaintiff, v. JOHN H. KOCH, Trustee, etc., and Others, Defendants, and KATHRYN FITZGERALD, Appellant, and LOUIS W. STOTESBURY, Successor Trustee, etc., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUSTAV C. WEDEKIND and OSWALD F. MARQUARDT, Respondents, v. MELODY CARD CORPORATION, Impleaded, etc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. COLGATE CONSTRUCTION CORPORATION, Impleaded, etc., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the CONCORD CASUALTY AND SURETY COMPANY. Claim No. CB-51 of: INDIAN HILL STONE COMPANY. Claim No. CB-52 of: FARLEY & LOETSCHER MFG. Co. SUPERINTENDENT OF INSURANCE, as Liquidator of CONCORD CASUALTY AND SURETY COMPANY, Respondent; INDIAN HILL STONE COMPANY and FARLEY & LOETSCHER MFG. Co., Claimants, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK, Respondent, v. MARYLAND CASUALTY COMPANY and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and